Announced Wednesday, June 16

38765. Bevy's Dry Cleaners and Shirt Laundry, Inc. appellee v. Streble et al., appellants. ▮ Schneider, Judge.

1. Words merely descriptive of the purpose for which premises are leased, when unaccompanied by express words of limitation or restriction to that purpose, will not be construed, at the instance of the lessors as proscribing the use of the premises for purposes similar or related to the described purpose.

2. In construing words descriptive of the purpose for which leased premises may be used, all doubts will be resolved in favor of that construction which least restricts the use of the property. (Loblaw, Inc. v. Warren Plaza, Inc., 163 OhioSt. 581, 57 O.O. 10, approved and followed.)

3. At the instance of one whose own activity can be justified only by a liberal construction of words in a lease to which he is a party, equity will not adopt a strict construction of the same words in a lease to which another is a party so as to

38915. Lyons, appellee v. Lyons, appellant. ▮ O'Neill, Judge.

A spouse may not maintain an action against the other spouse for personal injuries resulting from the negligence of the other spouse where the married parties are living together as husband and wife at the time of alleged injury. (Signs v. Signs, 156 OhioSt. 566, 46 O.O. 471, and Damm v. Elyria Lodge, 158 OhioSt. 107, 48 O.O. 54, distinguished.)

Judgment reversed.

Taft, C. J., Zimmerman, Matthias, Herbert, Schneider and Brown, JJ., concur.